CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 23 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORP., <br><br> Plaintiff, <br><br> v. <br><br> JOHN K. GILES, <br><br> Defendant. | CIVIL NO. 6:08-CV-00027 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, Plaintiff's Motion for Summary Judgment (docket no. 7) is hereby GRANTED. Furthermore, Plaintiff's motion for summary judgment includes a request for an award of attorney's fees and costs, which is hereby GRANTED; accordingly, Plaintiff's counsel is directed to file a complete petition for attorney's fees and costs. Plaintiff's counsel is further directed to submit a proposed order of judgment calculating the exact amount due, including costs and interest, if any, as of the date of the judgment.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record and to the defendant.

ENTERED: This 23rd Day of January, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE